**DISMISS and Opinion Filed April 2, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-13-00298-CV
No. 05-13-00299-CV
No. 05-13-00300-CV
No. 05-13-00301-CV
No. 05-13-00302-CV

## IN RE CRAIG WATKINS, Relator

On Appeal from the 204th Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F11-00180-Q, F11-00181-Q,
F11-00182-Q, F11-00183-Q, and F11-00191-Q

## MEMORANDUM OPINION

Before Justices O'Neill, Lagarde[1], and Richter[2]
Opinion by Justice O'Neill

The Court has before it relator's petition for writ of mandamus. Relator's petition seeks

to prevent the trial court from requiring relator to testify at an evidentiary hearing regarding the

indictments of real party in interest. The hearing in question took place on March 7, 2013. The

trial court ultimately quashed and dismissed all the indictments against real party in interest.

---

[1] The Hon. Sue Lagarde, Justice, Assigned

[2] The Hon. Martin Richter, Justice, Assigned

Accordingly, we cannot provide relator with the relief he seeks, and we **DISMISS** this petition as moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding).


MICHAEL J. O'NEILL
JUSTICE

130298F.P05